# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| DARREN JOSEPH ANDERSON § | |
| § | |
| v. § | C.A. NO. C-04-487 |
| § | |
| JOE D. DRIVER, WARDEN § | |

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

On July 12, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 20). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's motion to dismiss (D.E. 14) is GRANTED and petitioner's cause of action for habeas corpus relief is DISMISSED.

ORDERED this 24th day of August, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE